**Opinion issued February 25, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-21-00061-CR**

_____

**IN RE RICHARD TAYLOR, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relator, Richard Wayne Taylor, incarcerated and acting pro se, filed a petition

for writ of mandamus requesting that this Court "direct or compel the respondent . .

. to vacate and set aside [the] void order revoking deferred probation and vacate

[and] set aside the void judgment adjudicating guilt and enter an order of acquittal in cause number 426720 . . . ."[1]

We deny the petition. *See* TEX. R. APP. P. 52.3 (k); 52.7(a) (providing requirements for petition for writ of mandamus); *In re State*, 318 S.W.3d 908, 909–10 (Tex. App.—Eastland 2010, orig. proceeding) (denying petition for writ of mandamus where record does not reveal justification for delay in filing). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *State of Texas v. Richard Wayne Taylor*, cause number 426720, pending in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.